05-40063 GAO

FILED
CLERKS OFFICE

4-7-05

Clerk- U.S. District Court
2005 APR 11 P 2:07
DISTRICT COURT
OF MASS

Here is a copy of a Complaint and several motions + some Summons

You will receive a $150.00 filing fee in a separate envelope.

When you receive the fee, sign, date, and seal the summons and return them to me.

Coy Phelps in Pro Se
Coy Phelps 78872-011
FMC Devens
P.O. Box 879
Ayer, MA
01432