UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Coy Phelps _____ et al.,  :
      Petitioner,              :
                                        :   CASE NO: _____
  v.                       :
                                         :
DAVID L. WINN, et. al.,       :   NOTICE OF LAWSUIT
      Respondents.             :
                                         :   05-40063 GAO

PLEASE TAKE NOTICE

That on, or as soon as possible hereafter, the date appearing below, you will be sued in the above Court with the above case number. The Petitioner in this action, who are unconvicted Civil Mental patients, allege you have violated their Constitutional, Statutory, Civil, and Common Law rights by acting in absence of all lawful jurisdiction and authority to cause them to be unlawfully detained, seized, and imprisoned in Federal prisons to be treated as convicted and sentenced prisoners.

DATE: 4-7-05

                                                     _____ In Pro Se

                                           Coy Phelps 78872-011
                                           FMC Devens
                                           P.O. Box 879
                                           Ayer, MA 01432