UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Coy Phelps et. al,
    Petitioners,

Case No. 05-40063GAO

-v-

MOTION FOR APPOINTMENT
OF COUNSEL

DAVID WINN, et.al,
    Respondents.

Comes Now the above Petitioners, appearing in Pro Se as a class action, and move this Court to appoint a counsel to represent them in this matter pursuant to 18 U.S.C. § 3006A, F.R.Civ.P. 23(g) and the Sixth Amendment for the following reasons:

    1. All of the Petitioners are unconvicted Federal Civil Commitments.

    2. Petitioners are unlearned in the law and Judiciary Procedures and do not possess any legal skills.

    3. Many petitioners are so disabled by illness or antipsychotic medication they cannot articulate factual information.

    4. The issue is crucial and will require expert presentation, the collection, assimulation, and the organization of facts, and the examination of witnesses.

    5. A counsel is better able to penetrate the issues and to discover the truth.

    6. The petitioners are indigent.

    7. Counsel is needed in the interest of Justice, to promote Justice, and to prevent a miscarriage of Justice.

Date: 4-7-05

In Pro Se
Reg. No. 78872-011
FMC Devens
P.O. Box 879
Ayer, MA 01432-0879