UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR 11 P 2:07

CASE NO: U.S. DISTRICT COURT
DISTRICT OF MASS

COY PHELPS            et al.,
        Petitioner,

        v.

DAVID L. WINN, et. al.,
        Respondents.

MOTION FOR A TEMPORARY
RESTRAINING ORDER AND
INJUNCTION

05-40063 GAO

COMES NOW the above Petitioner __Coy Phelps__       pursuant to
Rule 65 of the Federal Rules of Civil Procedure and 28 U.S.C.
§ 2284(b)(3) and moves this Court to issue an Injunctive
Restraining Order against the Respondents enjoining them from
confining future Federal Unconvicted Civil Mental Patients (who
are committed under 18 U.S.C. § 4243 and 18 U.S.C. § 4246) in any
U.S. Bureau of Prison Facility.

    Petitioner requests that the Respondents be enjoined from
administering any form of forced treatment, care, therapy, or
rehabilitative Program upon current unconvicted Civil Mental
Patients who are committed under 18 U.S.C. §4243 or 18 U.S.C.
§4246 unless the patient is disorderly, disruptive, or
confrontational to such a degree that he (or she) imposes a
threat to the security of the institution or to the property of
the institution or others.

    Petitioner alleges that if the Court does not issue the
Order, he will suffer real irreparable physical, mental, and
emotional harm and injury at the hands of the Respondents and
their delegated subordinates.

DATE: __4-7-05__

                                        _____  In Pro Se
                                        Coy Phelps  78872-011
                                        FMC Devens
                                        P.O. Box 879
                                        Ayer, MA 01432

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Coy Phelps _____ et al., :<br>   Petitioner, :<br>:<br>   v. :<br>:<br>DAVID L. WINN, et. al., :<br>   Respondents. :<br>: | CASE NO: _____<br><br>NOTICE OF SEEKING<br>RESTRAINING ORDER |

PLEASE TAKE NOTICE

That on the date below, or as soon as possible thereafter, the
above Petitioner will seek an Injunctive Restraining Order enjoining
you from confining any unconvicted Federal Civil Commitment (who
is committed under 18 U.S.C. § 4243 or 18 U.S.C. §4246) in a U.S.
Bureau of Prison Facility or any other Federal Facility.

DATE: ___4-7-05_____

        Coy Phelps _____ In Pro Se
        Coy Phelps  78872-011
        FMC Devens
        42 Patton Road
        P.O. Box 879
        Ayer, MA 01432-0879