OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
595 MAIN STREET
WORCESTER, MASSACHUSETTS 01608

SARAH A. THORNTON
  CLERK

508-929-9900

April 14, 2005

Dear Mr. Phelps,

    Enclosed please find a category sheet for you to complete and return. I have also enclosed a copy of the docket sheet of your complaint.

    I am also in receipt of your letter regarding payment of the filing fee. I do not know if you are aware that the filing fee for cases in the United States District Court has increased to $250.00. This change was effective February 7, 2005.

Sincerely,

Kathy Hassett
Docket Clerk

4:05-CV-40063-GAO

No— I did not know of the change. Thank you. I had someone send you 150.00 money order from California. I will have them send 100.00 more. Hold the complaint until you receive the money. Don't send it back to me.