UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COY PHELPS
        Petitioner

-v-

DAVID WINN, et. al.
        Respondents

CASE NO: 4:05-cv-40063-GAO

NOTICE OF RELATED CASE

PLEASE TAKE NOTICE

That this case may be related to the case of PHELPS v WINN, 4:05-cv-40003-GAO and PHELPS v WINN, 4:05-cv-40042.

DATE: April 20, 2005

_____ In Pro Se
COY PHELPS   78872-011
FMC-DEVENS
P. O. Box 879
Ayer, Massachusetts
01432