Coy Phelps 78872-011
FMC
42 Patton RD.
P O Box 879
Ayer, Mass. 01432

   I sent 150 for the fee and I understand it went up to 250. I am sending a check for 100. Case number 4:05-CV-40063-GAO
   Thank you.

FILING FEE PAID
RECEIPT #: 404561
AMOUNT $: 100.00
BY: CK
DATE: 5-6-05

$150.00 still owed