4:05-CV-40063-GAO

1. I sent the original $150.00 to the U.S. District in Boston (1 courthouse way).

2. The case was transferred to Worcester.

3. You sent a letter indicating that another $100.00 was owed.

4. You have been sent the $100.00

5. I have paid $250.00 on this case

6. Please confirm!

Coy Phelps 78872-011
FMC Devens
PO Box 879
Ayer, MA 01432

---

Coy Phelps 78872-011
FMC
42 Patton Rd.
P O Box 879
Ayer, Mass. 01432

I sent 150 for the fee and I understand it went up to 250. I am sending a check for 100. Case number 4:05-CV-40063-GAO

Thank you.

---

My client has not received the 150 mentioned in your note.

[signed] Kathy Clauette

---

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF MASSACHUSETTS**

A082                    404561

RECEIVED FROM  Coy Phelps — FMC
               Box 879
               Ayer, MA

| | ACCOUNT | AMOUNT |
|---|---|---|
| | 086900 | 100.00 |
| Case Number or Other Reference | | |
| 05-40063 | | |
| TOTAL | | 100.00 |

Fund
6855XX  Deposit Funds
604700  Registry Funds
        General and Special Funds
508800  Immigration Fees
086900  Attorney Admission Fees
322340  Filing Fees
322350  Sale of Publications
322360  Copy Fees
143500  Miscellaneous Fees
322380  Interest
322386  Recoveries of Court Costs
121000  Restitution to U.S. Government
129900  Gifts
504100  Conscience Fund
813300  Crime Victims Fund
510000  Unclaimed Monies
510100  Civil Filing Fees (½)
        Registry Fees

DATE 5-6-205    Cash    Chcks X  M.O. Credit
DEPUTY CLERK [signed] Kathy Clauette

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

* received Phelps fee — 100 letter attached