COY PHELPS  78872-011
FMC-DEVENS,  P.O. BOX 879
AYER, MASSACHUSETTS
01432

July 12, 2005

Clerk-U. S. District Court
  John Joseph Moakley Courthouse
1 Courthouse Way  Suite 2300
Boston, Massachusetts
02210

Case No:  4:05-Civ-40063-GAO

Clerk;

   I filed the above COMPLAINT.  I included completed SUMMONS for you to date, sign, and to affix your seal and to return to me in the self addressed stamped envelope that accompanied the papers.
   Rule 4 of the Federal Rules of Civil Procedures state that you must FORTHWITH send me the SUMMONS after the Complaint is filed.
   Forthwith... means.. quickly....almost immediately.
   As of this date I have not received proper SUMMONS from you.
   I have only 120 days from the date stamped on the COMPLAINT in which to serve the defendants.
   Please send me the SUMMONS so I can serve the defendants.


Thank you;


COY PHELPS  78872-011