THE ORIGINAL IMAGE HAS BEEN DELETED.  DOCUMENT SHOULD

HAVE BEEN AND HAS BEEN FILED IN 05-CV-40003 - GAO