UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COY PHELPS, Representing a Class of Similarly Situated Unconvicted Federal Civilly Committed Mental Patients in the U.S. Bureau of Prisons System
        Plaintiff(s)

v.    CIVIL ACTION NO. 05-40063-GAO

A. GONZALEZ, H. LAPPIN, and D. WINN
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Memorandum and Order, dated March 31, 2006, the complaint is **DISMISSED**.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 3/31/06    By PAUL LYNESS
        Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)