UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COY PHELPS, et.al.              CASE NO:  05-40063-GAO
        Plaintiff

    -v-                                         NOTICE OF APPEAL

A. GONZALES, et. al.
        Defendants

FILED
IN CLERK'S OFFICE
2006 APR -7 P 1:03
U.S. DISTRICT COURT
DISTRICT OF MASS.

---

PLEASE TAKE NOTICE

That the above Plaintiff COY PHELPS, appearing In Pro Se, will appeal to the First Circuit U. S. Court of Appeals from the final ORDER in the above case issued by U. S. District Court Judge George A. O'Toole on March 31, 2006 in the above case in which the case was DISMISSED.

DATE:  4/4/2006

                                              _____  In Pro Se
                                              COY PHELPS  78872-011
                                              FMC-DEVENS
                                              P. O. Box  879
                                              AYER, MASSACHUSETTS
                                                        01432

COY PHELPS  78872-011
FMC-DEVENS, P.O. BOX 879
AYER, MASSACHUSETTS
0 1 4 3 2

April 4, 2206

Clerk-U.S. District Court
1 Courthouse Way  Suite 2300
Boston, Massachusetts
02210

FILED
IN CLERKS OFFICE
2006 APR -7  P 1: 03
U.S. DISTRICT COURT
DISTRICT OF MASS

Clerk;

Enclosed is a NOTICE OF APPEAL in the case of

Phelps, et.al. v Gonzales, et.al,  4:05-40063-GAO

I will send you the required $255.00 filing fee in a separate envelope.

Thank you

COY PHELPS