UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-40063

Coy Phelps, et al

v.

A. Gonzalez H. Lappin, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-16

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/7/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 23, 2006.

Sarah A Thornton, Clerk of Court

By: _Jeanette Ramos_
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:05-cv-40063-GAO

Phelps v. Gonzales et al
Assigned to: Judge George A. O'Toole, Jr
Related Cases: 4:06-cv-40011-GAO
                4:06-cv-40082-GAO
                4:06-cv-40090-GAO
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/14/2005
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Coy Phelps**
*Representing a Class of Similarly Situated Unconvicted Federal Civilly Committed Mental Patients in the U.S. Bureau of Prison System*

represented by **Coy Phelps**
78872-011
FMC Devens
PO Box 879
Ayer, MA 01432
PRO SE

V.

**Respondent**

**A. Gonzales**
*U.S. Attorney General*

**Respondent**

**H. Lappin**
*Director of U.S. Bureau of Prisons*

**Respondent**

**Warden D. Winn**
*Warden of FMC-Devens*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2005 | 1 | COMPLAINT against A. Gonzales, H. Lappin, D. Winn. Filing fee to be sent separately, filed by Coy Phelps.(Hassett, Kathy) Additional attachment(s) added on 4/14/2005 (Hassett, |

| | | |
|---|---|---|
| | | Kathy). (Entered: 04/14/2005) |
| 04/14/2005 | 2 | Letter/request (non-motion) from Coy Phelps regarding filing fee. (Hassett, Kathy) (Entered: 04/14/2005) |
| 04/14/2005 | 3 | NOTICE of Lawsuit by Coy Phelps (Hassett, Kathy) (Entered: 04/14/2005) |
| 04/14/2005 | 4 | MOTION to Appoint Counsel by Coy Phelps.(Hassett, Kathy) (Entered: 04/14/2005) |
| 04/14/2005 | 5 | MOTION for Temporary Restraining Order and Injunction by Coy Phelps.(Hassett, Kathy) (Entered: 04/14/2005) |
| 04/14/2005 | 6 | MOTION for Class Action Certification by Coy Phelps. (Hassett, Kathy) (Entered: 04/14/2005) |
| 04/21/2005 | 7 | Letter/response from Coy Phelps concerning filing fee. (Hassett, Kathy) (Entered: 04/21/2005) |
| 04/22/2005 | 8 | NOTICE of related cases by Coy Phelps (Hassett, Kathy) (Entered: 04/22/2005) |
| 05/06/2005 | | Partial Filing fee: $ 100.00 received, receipt number 404561 regarding Complaint. Balance due $150.00. (Hassett, Kathy) (Entered: 05/06/2005) |
| 05/06/2005 | 9 | Letter regarding filing fee from Coy Phelps. Check for $100.00 enclosed with letter, $150.00 has not been received. Receipt and balance due mailed to Coy Phelps this date. (Hassett, Kathy) (Entered: 05/06/2005) |
| 05/11/2005 | 10 | Letter regarding filing fee(non-motion) from Coy Phelps. (Jones, Sherry) (Entered: 05/11/2005) |
| 06/20/2005 | | Filing fee: $ 300, receipt number 63955 regarding complaint and outstanding balance (see entry #9) (Edge, Eugenia) (Entered: 06/20/2005) |
| 07/14/2005 | 11 | Letter/request (non-motion) re: summons from Coy Phelps. (Edge, Eugenia) (Entered: 07/15/2005) |
| 12/20/2005 | 12 | Proposed Document(s) submitted by Coy Phelps. Document received: amended complaint.(Sent to Worcester from Boston) (Jones, Sherry) Additional attachment(s) added on 2/22/2006 (Edge, Eugenia). (Entered: 12/23/2005) |
| 03/31/2006 | 13 | Judge George A. O'Toole Jr.: ORDER entered. MEMORANDUM AND ORDER ( Copy of the Memorandum |

| | | |
|---|---|---|
| | | and Order mailed out to plaintiff)(Lyness, Paul) (Entered: 03/31/2006) |
| 03/31/2006 | 14 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT in favor of Defendants against Plaintiffs ( Copy of the judgment mailed out to plaintiff)(Lyness, Paul) (Entered: 03/31/2006) |
| 04/05/2006 | 15 | Copy of Letter to US attorney's office (non-motion) from Coy Phelps. (Attachments: # 1 attached documents mailed to the U.S. Attorney's Office)(Edge, Eugenia) (Entered: 04/06/2006) |
| 04/07/2006 | 16 | NOTICE OF APPEAL as to 13 Memorandum & ORDER, 14 Judgment by Coy Phelps. $ 0.00 (not paid. see attached cover letter) NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/27/2006. (Attachments: # 1 cover letter) (Edge, Eugenia) (Entered: 04/07/2006) |
| 04/18/2006 | | Filing fee: $ 255, receipt number 71868 for 16 Notice of Appeal, (Edge, Eugenia) (Entered: 04/18/2006) |